UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SPRING HILL CAPITAL PARTNERS, LLC,
SPRING HILL CAPITAL MARKETS, LLC,
SPRING HILL CAPITAL HOLDINGS, LLC,
and KEVIN WHITE,

             Plaintiffs,

v.

SECURITIES AND EXCHANGE
COMMISSION,

             Defendant

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2015

15-cv-

**ORDER TO SHOW CAUSE FOR
~~A TEMPORARY RESTRAINING
ORDER, AND, ULTIMATELY~~
A PRELIMINARY INJUNCTION**

6/16/15

      Upon the annexed declarations of Kevin D. White and Andrew E. Goloboy, Esquire, dated June 11, 2015, and the exhibits annexed thereto, the accompanying memorandum of law and the copy of the Complaint hereto annexed, it is

      ORDERED, that the above named defendant show cause before this Court, at Room __619__ Thurgood Marshall, at the ~~Daniel Patrick Moynihan~~ United States Courthouse, ~~500 Pearl~~ 40 Centre Street, New York, New York, 10007, on June __26__, 2015, at __2:30__ o'clock in the __after__ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendant, including, but not limited to SEC Administrative Law Judge, Carol Fox Foelak and the Commission, from further proceeding with SEC Administrative Proceeding, 3-16353, *In the Matter of Spring Hill Capital Markets, LLC, et al.*, including, but not limited to, requiring the filing of post-hearing briefs, issuing an Initial Decision, Final Decision, and any Findings of Fact and/or Conclusions

of Law or taking any action therein arising from SEC Administrative Action 3-16353 during the pendency of this action; and it is further

~~ORDERED that, sufficient reason having been shown thereof, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant, including, but not limited to SEC Administrative Law Judge, Carol Fox Foelak and the Commission, from further proceeding with SEC Administrative Proceeding, 3-16353, *In the Matter of Spring Hill Capital Markets, LLC, et al.*, including, but not limited to, requiring the filing of post-hearing briefs, issuing an Initial Decision, Final Decision, and any Findings of Fact and/or Conclusions of Law or taking any action therein arising from SEC Administrative Action 3-16353 during the pendency of this action; and it is further~~

~~ORDERED that security in the amount of $ _____ be posted by the Plaintiffs prior to _____, 2015 at _____ o'clock in the _____ noon of that day; and it is further~~

ORDERED that personal service, of a copy of this order and annexed declarations, memorandum of law and complaint on or before __5:00__ o'clock in the __after__ noon, __June 17__, 2015 shall be deemed good and sufficient service thereof.

The SEC is directed to file its opposition to Plaintiff's motion by 5:00 pm Tuesday, June 23, 2015. A reply, if any, shall be filed by 5:00 pm, Thursday June 25, 2015.

DATED: New York, New York

ISSUED: __June 16, 2015__
4:21 pm

_____
United States District Court Judge
Ramos, J.