USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SPRING HILL CAPITAL PARTNERS, LLC,
SPRING HILL CAPITAL MARKETS, LLC,
SPRING HILL CAPITAL HOLDINGS, LLC,
and KEVIN WHITE,

          Plaintiffs,

          v.

SECURITIES AND EXCHANGE
COMMISSION,

          Defendant

------------------------------------------------------------X

**ORDER**
15 Civ. 4542 (ER)

Ramos, D.J.:

For the reasons set forth on the record of the hearing held before this Court on June 26, 2015, the case is dismissed for lack of subject matter jurisdiction. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: June 29, 2015
      New York, New York

                                      Edgardo Ramos, U.S.D.J.